FILED
CLERK, U.S. DISTRICT COURT
MAR 20 2009
CENTRAL DISTRICT OF CALIFORNIA
BY                           DEPUTY

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA
# WESTERN DIVISION

| | |
|---|---|
| BOBBY GENE GLOVER, JR., | No. CV 08-2811 CJC (FFM) |
| Petitioner, | |
| v. | JUDGMENT |
| M. EVANS, Warden, *et al.*, | |
| Respondents. | |

Pursuant to the Order Adopting Findings, Conclusions and Recommendations of United States Magistrate Judge,

IT IS ADJUDGED that the Petition is dismissed with prejudice.

DATED: March 20, 2009

CORMAC J. CARNEY
United States District Judge